# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRANDON HATTON**                                                       **PLAINTIFF**
**ADC #194271**

**v.**                       **Case No. 4:20-cv-00024-KGB-PSH**

**MATTHEW HODGE, Deputy,**                            **DEFENDANTS**
**Lonoke County Sheriff's Office,** *et al.*

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). Plaintiff Brandon Hatton has not filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses Mr. Hatton's claims without prejudice due to his failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995).

It is so ordered this the 26th day of January, 2021.

                                                                                     Kristine G. Baker
                                                                                     United States District Judge