IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON HATTON** **PLAINTIFF**
**ADC #194271**

v.　　　　　　　　Case No. **4:20-cv-00024-KGB-PSH**

**MATTHEW HODGE, Deputy,** **DEFENDANTS**
**Lonoke County Sheriff's Office,** *et al.*

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Brandon Hatton's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 26th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge